UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| GORDON DAVID WOODS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:13-cv-35 |
| v. ) | |
| ) | Judge Mattice |
| BRIDGESTONE AMERICAS ) | |
| TIRE OPERATIONS, LLC, ) | Magistrate Judge Carter |
| ) | |
| *Defendant*. ) | |
| ) | |

### ORDER

The parties' Joint Motion to Continue Deadline for Dismissal (Doc. 24) is hereby **GRANTED**. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **April 3, 2015**.

The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Eastern District of Tennessee Local Rule 68.1.

**SO ORDERED** this 31st day of March, 2015.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE