IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| GORDON DAVID WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-0035 |
| ) | |
| BRIDGESTONE AMERICAS TIRE ) | JURY TRIAL |
| OPERATIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal *with prejudice* of all of Plaintiff's claims against Defendant. The parties agree to pay their own respective attorney's fees and costs incurred in this action.

        s/ Jessica F. Salonus
        Jessica F. Salonus
        101 N. Highland Avenue
        Jackson, TN 38301
        Fax: (731) 664-1540
        jsalonus@gilbertfirm.com

*Attorney for Plaintiff Gordon (David) Woods*

        s/ Tera Rica Murdock
        Robert E. Boston (TN BPR No. 9744)
        Tera Rica Murdock (TN BPR No. 28153)
        Waller Lansden Dortch & Davis, LLP
        511 Union Street, Suite 2700
        Nashville, Tennessee 37219-8966
        Phone: (615) 244-6380
        Facsimile: (615) 244-6804
        Email: bob.boston@wallerlaw.com
                    terarica.murdock@wallerlaw.com

*Attorneys for Defendant Bridgestone Americas Tire Operations, LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been served on this 1st day of April, 2015, via the Court's Electronic Case Filing system upon the following:

Robert E. Boston
Tera Rica Murdock
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219-8966

                                                s/ Jessica F. Salonus